**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Danny Ray SHAFER, Defendant–**
**Appellant.**

No. 03–6738.

United States Court of Appeals,
Fourth Circuit.

Submitted June 19, 2003.

Decided June 26, 2003.

Danny Ray Shafer, Appellant Pro Se.

Before NIEMEYER, KING and
GREGORY, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Danny Ray Shafer seeks to appeal the district court's order denying relief without prejudice on his motion filed under 28 U.S.C. § 2255 (2000). An appeal may not be taken from the final order in a § 2255 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 1040, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th Cir.), *cert. denied,* 534 U.S. 941, 122 S.Ct. 318, 151 L.Ed.2d 237 (2001). We have independently reviewed the record and conclude that Shafer has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*